IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TCYK, LLC,**

    **Plaintiff,**

  **vs.**                                 **Case No. 2:13-cv-688**
                                                  **Judge Marbley**
                                                  **Magistrate Judge King**

**JOHN DOES 1-37,**

    **Defendants.**

**REPORT AND RECOMMENDATION**

    This action was filed on July 16, 2013. On November 13, 2013, the Court granted plaintiff an additional 120 days to demonstrate effective service of process in this action. *Order*, Doc. No. 17. The Court warned plaintiff that failure to demonstrate effective service would "result in the dismissal of the claims asserted against any defendant not so served." *Id*. Plaintiff has not demonstrated effective service on any defendant. The Court therefore **RECOMMENDS** that this action be dismissed without prejudice. Fed. R. Civ. P. 4(m).

    If any party seeks review by the District Judge of this *Report and Recommendation*, that party may, within fourteen (14) days, file and serve on all parties objections to the *Report and Recommendation*, specifically designating this *Report and Recommendation*, and the part thereof in question, as well as the basis for objection thereto. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Response to objections

must be filed within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b).

The parties are specifically advised that failure to object to the *Report and Recommendation* will result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the *Report and Recommendation*. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Smith v. Detroit Fed'n of Teachers, Local 231 etc.*, 829 F.2d 1370 (6th Cir. 1987); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

April 8, 2014                                          *s/Norah McCann King*
                                                       Norah M<sup>c</sup>Cann King
                                                       United States Magistrate Judge